ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>$34,636.00 IN U.S. CURRENCY,<br><br>      Defendant.<br><hr>JULIUS ERVIN,<br><br>      Claimant. | NO. CV 14-1062 SJO (MRWx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

1

This civil forfeiture action was commenced on February 11, 2014.  Julius Ervin ("Ervin") claims an interest in the defendant $34,636.00 in U.S. Currency.  No other parties have appeared in this case and the time for filing statements of interest and answers has expired.  Plaintiff United States of America and Ervin have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant $34,636.00 in U.S. Currency other than Ervin are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to $32,136.00 of the defendant currency and all interest earned on the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said funds in accordance with law.

4.   $2,500.00 of the defendant currency, without interest, shall be returned to Ervin by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Julius Ervin and J. Carter Law Group Client Trust Account," and mailed to attorney Jill Carter, Esq. at the

J. Carter Law Group, 6080 Center Drive, 6th Floor Los Angeles, CA 90045.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Law Offices of J. Carter Law Group Client Trust Account.  Ervin and his attorney shall provide any and all information needed to process the return of these funds according to federal law.

5.   Ervin has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, the Los Angeles Police Department, and the Los Angeles Sheriff's Department, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Ervin, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The court finds that there was reasonable cause for the seizure of the defendant $34,636.00 in U.S. Currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: August 5, 2014

               THE HONORABLE S. JAMES OTERO
               UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: _____, 2014     ANDRÉ BIROTTE JR.
                          United States Attorney
                          CHRISTINE C. EWELL
                          Assistant United States Attorney
                          Chief, Criminal Division
                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section


                          _____
                          KATHARINE SCHONBACHLER
                          Assistant United States Attorney
                          Attorneys for Plaintiff
                          United States of America


DATED: _____, 2014     J. CARTER LAW GROUP


                          _____
                          JILL A. CARTER, ESQ.

                          Attorney for Claimant
                          JULIUS ERVIN


DATED: _____, 2014

                          _____
                          Claimant JULIUS ERVIN

4